UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL WATSON (#82303)                                     CIVIL ACTION

VERSUS

23RD JDC DIV "E"                                              NO. 15-0716-JJB-EWD

RULING

On October 29, 2015, the Court entered an Order denying the petitioner's Motion to Proceed *In Forma Pauperis* in this case and directing the petitioner to pay the Court's filing fee ($5.00) to the Clerk of Court within twenty-one (21) days. *See* R. Doc. 3. The Court's Order specifically advised the petitioner that it was his responsibility to pay the Court's filing fee and that the prison would **NOT** forward payment of the fee without the petitioner's written authorization. *Id.* Upon the petitioner's failure to comply with the Court's directive, the Court entered a second Order on December 3, 2015 (R. Doc. 4), directing the plaintiff to appear and show cause, in writing, on or before December 18, 2015, why his habeas corpus application should not be dismissed for failure to pay the Court's filing fee. The Court's Order further directed the petitioner to attach to his response copies of his inmate account transaction statements showing all activity in his inmate accounts for the months of November and December, 2015, including deposits into and withdrawals from the accounts. *Id.* Finally, the Court's Order advised the petitioner that a failure to comply with the Order "shall" result in the dismissal of the petitioner's action without further notice. *Id.*

Despite notice and an opportunity to appear, the petitioner has failed to comply with the Court's Order and has failed to provide any explanation for his failure to either pay the Court's filing fee or provide the documentation requested by the Court reflecting the activity in his inmate accounts

during the months of November and December, 2015. Accordingly, the petitioner's action shall be dismissed, without prejudice, because of his failure to pay the filing fee or comply with the Court's Orders.

**IT IS ORDERED** that the above-captioned proceeding be **DISMISSED,** without prejudice. Judgment shall be entered accordingly.

Baton Rouge, Louisiana, this 13th day of January, 2016.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE